# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| -vs- | : 2012 CR 109 ____ (KSH ) |
| Son-Hee Chong | : ORDER OF REFERRAL |
| Defendant(s), | : |

The defendant, <u>Son-Hee Chong</u>, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

**SO ORDERED.**

Dated: 2/8/12

_____
United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)